IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2006 JUL 19 P 4: 05
[...] P. HACKETT, C[...]
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| NATHAN C. BELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action Number: 1:06 cv 644-WKW SRW |
| ) | |
| DARRELL L. SPRAGGINS, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

Comes now the defendant, Darrell L. Spraggins, a person acting under the authority of R. James Nicholson, Secretary of the Department of Veterans Affairs, an agency of the United States, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, respectfully petitions for removal of this action from the Small Claims Court of Houston County, Alabama, to the United States District Court for this District, and in support thereof, represent the following:

That petitioner is the named defendant in the above-captioned civil action which is pending in the Small Claims Court of Houston County, Alabama, Civil Action No. SM 06-179. Copies of all process, pleadings, and orders served upon defendants in such action are attached hereto.

2. That the above-captioned action is one which may be removed without bond to this court pursuant to 28 U.S.C. Section 1442(a)(1), for the reasons that (a) plaintiff in such action seeks judgment against the defendant, requesting that the Court to award him

damages from the from the defendant; (b) defendant is a person acting under the authority of R. James Nicholson, Secretary of the Department of Veterans Affairs, an agency of the United States.

WHEREFORE, petitioner prays that said action be removed from said Small Claims Court of Houston, Alabama.

DATED this 19th day of July, 2006.

> LEURA G. CANARY
> United States Attorney
>
> By: /s/ R. Randolph Neeley
> R. RANDOLPH NEELEY
> Assistant United States Attorney
> Bar Number: 9083-E56R
> Attorney for Defendant
> Post Office Box 197
> Montgomery, AL  36101-0197
> Telephone No.: (334) 223-7280
> Facsimile No.: (334) 223-7418
> E-mail: **rand.neeley@usdoj.gov**

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing Notice of Removal upon all interested parties by mailing a copy of same, first class, postage prepaid, addressed as follows:

>Nathan C. Bell
>1002 Williams Ave.
>Dothan, AL 36303

Dated this the 19th day of July, 2006.

_____
Assistant United States Attorney

| State of Alabama Unified Judicial System | STATEMENT OF CLAIM (Complaint) General | Case Number |
|---|---|---|
| Form SM-1 (Front) Rev. 3/95 | | SM06-1791 |

IN THE SMALL CLAIMS COURT OF _____, ALABAMA
(Name of County)

Nathan C. Bell         v.  Darrell L. Spraggins
Plaintiff                                   Defendant

Plaintiff's Home Address: 1302 Williams Ave, Dothan, AL 36303

Defendant's Home Address: 307 Donnell Blvd, Suite I, Daleville, AL 36322

Plaintiff's Attorney's Address:

Additional Defendant(s) and Addresses:

## NOTICE TO EACH DEFENDANT - READ CAREFULLY

YOU ARE BEING SUED IN THE SMALL CLAIMS COURT BY THE PLAINTIFF(S) SHOWN ABOVE. THE JUDGE HAS NOT YET MADE ANY DECISION IN THIS CASE, AND YOU HAVE THE RIGHT TO A TRIAL TO TELL YOUR SIDE.

HOWEVER, IF YOU, OR YOUR LAWYER, FAIL TO FILL OUT THE ENCLOSED ANSWER FORM AND DELIVER OR MAIL IT TO THE CLERK AT THE ADDRESS SHOWN BELOW, SO THAT IT WILL GET TO THE CLERK'S OFFICE WITHIN FOURTEEN (14) DAYS AFTER YOU RECEIVE THESE PAPERS, A JUDGMENT CAN BE TAKEN AGAINST YOU FOR THE MONEY OR PROPERTY DEMANDED IN THE FOLLOWING COMPLAINT. ONCE A JUDGMENT HAS BEEN ENTERED AGAINST YOU, YOUR PAYCHECK CAN BE GARNISHED AND/OR YOUR HOME OR PROPERTY SOLD TO SATISFY THAT JUDGMENT.

## COMPLAINT

1. I claim the defendant owes the plaintiff the sum of $ 524.16 because: I Nathan C Bell taking Darrell L. Spraggins court, because Darrell L. Spraggins making up Education debt two times plus taking money out my Army 40% disability VA check, VA owe Nathan C Bell back pay for Nashyta E Bell.

2. Plaintiff also claims from the defendant court costs in the sum of $ 37.00 (See note below), plus $_____ for interest and $_____ for lawyers' fees (only if plaintiff is represented by a licensed, practicing attorney and if the contract or note you signed so provides.)

NOTE: The total amount of court costs may be more than this amount when the case is finally settled. The clerk will inform you of any additional costs at the close of the case.

CLERK'S ADDRESS: JUDY BYRD, CLERK
PO DRAWER 6406
DOTHAN, AL 36302

Plaintiff or Plaintiff's Attorney (Signature): Nathan C Bell

Attorney Code _____

Plaintiff's or Plaintiff's Attorney's Phone Number: 794-5567

FILED MAY 22 2006

Judy Byrd
JUDY BYRD, CLERK
HOUSTON CO., AL

Clerk's Phone No. 334-677-4867

(See instructions on the Back)

Date of Filing _____

```
AVS0355                    ALABAMA JUDICIAL DATA CENTER
                              DEFENDANTS ANSWER
                              SMALL CLAIMS          CASE: SM 2006 001791.00 BEM
---------------------------------------------------------------------------------
IN THE DISTRICT COURT OF   HOUSTON      COUNTY          DT FILED: 05/22/2006

NATHAN C BELL VS DARRELL L SPRAGGINS

SPRAGGINS DARRELL L
SUITE 1
807 DONNELL BLVD
DALEVILLE, AL  36322-0000
           SSN: 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       HOME PHONE:_____    WORK:_____
---------------------------------------------------------------------------------
DEFENDANTS ANSWER TO THE COMPLAINT: PLEASE PRINT

NOTICE: IF YOU HAVE BEEN SUED IN A COUNTY IN WHICH YOU DO NOT LIVE AND IF
THE SUIT AGAINST YOU IS NOT FOR SERVICES OR WORK AND LABOR PERFORMED IN
THE COUNTY WHERE SUIT HAS BEEN FILED, YOU MAY REQUEST THAT IT BE
TRANSFERRED TO YOUR HOME COUNTY. IF THIS APPLIES, COMPLETE "A" BELOW.

CHECK ONE:

A _____ I DO NOT LIVE IN THIS COUNTY. I WANT THIS CASE TRANSFERRED TO MY
          HOME COUNTY OF
B _____ I ADMIT EVERYTHING IN THE STATEMENT OF CLAIM AND DO NOT WANT
          A TRIAL  (THIS MEANS THAT YOU CONSENT TO A JUDGMENT FOR THE
          AMOUNT CLAIMED PLUS COURT COSTS.)
C _____ I ADMIT I OWE SOME MONEY, BUT NOT THE TOTAL AMOUNT CLAIMED BY THE
          PLAINTIFF(S). (IF THIS BLOCK IS CHECKED, THE CASE WILL BE SET
          FOR TRIAL. PLEASE NOTE THAT ANY MONEY PAID BY YOU ON THIS
          CLAIM AFTER THE SUIT WAS FILED MAY NOT BE REFLECTED ON THE
          STATEMENT OF CLAIM WHICH YOU RECEIVED. YOU SHOULD CONTACT THE
          PERSON WHO HAS SUED YOU OR HIS ATTORNEY TO DETERMINE THE
          PRESENT BALANCE WHICH IS CLAIMED.)
D _____ I DENY THAT I AM RESPONSIBLE AT ALL. (EXPLAIN BELOW)

IF YOU CHECKED "C" OR "D", BRIEFLY EXPLAIN THE REASONS FOR YOUR ANSWER.


---------------------------------------------------------------------------------
NAME AND ADDRESS OF EMPLOYER                      |   BUSINESS PHONE




---------------------------------------------------------------------------------
THIS ANSWER MUST BE SIGNED BY THE PERSON OR PERSONS WHO HAVE BEEN SUED OR
THEIR ATTORNEY. AN ANSWER WHICH IS NOT SIGNED OR WHICH IS NOT SIGNED BY
THE PROPER PERSON CANNOT BE CONSIDERED.
---------------------------------------------------------------------------------
KEEP A COPY FOR YOUR FILES. MAIL ORIGINAL TO THE COURT ADDRESS BELOW.
MAIL A COPY TO THE PLAINTIFFS ATTORNEY AT THE ABOVE ADDRESS.


                              ****SIGNATURE OF DEFENDANT OR ATTORNEY****
                  ADDRESS: _____
                           _____

       CLERK: JUDY BYRD
              PO DR 6406, 114 N. OATES ST

              DOTHAN  AL  36302
              (334)677-4867
---------------------------------------------------------------------------------
OPERATOR: DEL
PREPARED: 05/22/2006
```

AV80350     ALABAMA JUDICIAL DATA CENTER
HOUSTON COUNTY

# RE-ISSUE

SUMMONS     SM 2006 001751.00

IN THE DISTRICT COURT OF HOUSTON COUNTY

NATHAN C BELL VS DARRELL L SPRAGGINS

SERVE ON: (D001)

SSN: 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     PLAINTIFF'S ATTORNEY

SPRAGGINS DARRELL L     *** PRO SE ***
323 OAKHILL DRIVE

OZARK ,AL 35360-0000

TO THE ABOVE NAMED DEFENDANT:
THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFFS ATTORNEY(S) SHOWN ABOVE OR ATTACHED. FILL OUT THE ENCLOSED ANSWER FORM AND DELIVER OR MAIL IT TO THE COURT CLERK

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 14 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGEMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.

( ) TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY EITHER RULES 4.1(B)(2) OR 4.2(B)(2) OR 4.4(B)(2) OF THE ALABAMA RULES OF CIVIL PROCEDURE: YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE COMPLAINT IN THIS ACTION UPON DEFENDANT.

( ) THIS SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE WRITTEN REQUEST OF _____ PURSUANT TO RULE 4.1(C) OF THE ALABAMA RULES OF CIVIL PROCEDURE.

DATE: 06/30/2006     CLERK: JUDY BYRD /s/ Judy Byrd
PO DR 6406 114 N OATES ST
DOTHAN AL 36302
(334) 677-4867

RETURN ON SERVICE:
( ) CERTIFIED MAIL RETURN RECEIPT IN THIS OFFICE ON (DATE) _____
(RETURN RECEIPT HERETO ATTACHED)
( ) I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE SUMMONS AND COMPLAINT TO _____
IN _____ COUNTY, ALABAMA ON (DATE) _____

DATE _____     SERVER SIGNATURE _____

SERVER ADDRESS _____     TYPE OF PROCESS SERVER _____

OPERATOR: DEL
PREPARED: 06/30/2006