IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **NATHAN C. BELL,** | ) |
| | ) |
|       **Plaintiff,** | ) |
| | ) |
|       v. | ) Civil Action Number: 1:06-cv-644-WKW |
| | ) |
| **DARRELL L. SPRAGGINS,** | ) |
| | ) |
|       **Defendant.** | ) |

**MOTION TO EXTEND DEADLINE TO FILE ANSWER OR OTHER RESPONSE**

Comes now the Defendant, Darrell L. Spraggins, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to Rules 6(b) and 12 of the Federal Rules of Civil Procedure and moves the Court for a 60-day extension of time within which to file an answer or other response in the above-styled case. In support of this motion, Defendant shows unto the Court the following:

      1.     Defendant received Plaintiff's Complaint on or about July 5, 2006. Defendant removed this action from the Houston County Small Claims Court on July 19, 2006.

      2.     Defendant requires the assistance of the Veterans Affairs agency counsel in preparing an answer or other response in this matter. Due to the nature of the alleged claims, agency counsel has not had adequate time to ascertain the relevant facts and to prepare a litigation report.

      3.     The litigation report is necessary to assist the undersigned in preparing an

answer or other response.

4.  The Defendant anticipates an additional 60 days will be adequate time in which to receive the litigation report from agency counsel and to prepare an answer or other response.

Wherefore, premises considered, Defendant requests an extension of time, to and including, September 18, 2006, in which to prepare and file an answer or other response.

Respectfully submitted this the 26th day of July, 2006.

> LEURA G. CANARY
> United States Attorney
>
> By: s/R. Randolph Neeley
>   R. RANDOLPH NEELEY
>   Assistant United States Attorney
>   Bar Number: 9083-E56R
>   Post Office Box 197
>   Montgomery, AL  36101-0197
>   Telephone No.: (334) 223-7280
>   Facsimile No.: (334) 223-7418
>   E-mail: rand.neeley@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following non-CM/ECF participant(s):

Nathan C. Bell
1002 Williams Avenue
Dothan, AL 36303

> s/R. Randolph Neeley
> Assistant United States Attorney