IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NATHAN C. BELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:06-CV-00644-WKW |
| | ) |
| DARRELL L. SPRAGGINS, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the defendant's Motion to Extend Deadline to File Answer or Other Response (Doc. # 2), it is ORDERED that the motion is GRANTED. Defendant shall answer or otherwise respond on or before September 18, 2006.

DONE this the 31st day of July, 2006.

                                                    /s/ W. Keith Watkins
                                               UNITED STATES DISTRICT JUDGE