IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| NATHAN C. BELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 1:06-cv-644-WKW |
| | ) | |
| DARRELL L. SPRAGGINS, | ) | |
| | ) | |
| Defendant. | ) | |

## SECOND MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

Comes now the Defendant, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully requests that their time to answer or otherwise respond to the complaint in the above-styled matter be extended for a period of thirty (30) days, and as grounds states as follows:

1. The Defendant's answer in this cause are currently due to be filed on Monday, September 18, 2006. From the pleadings in this matter the Plaintiff may be attempting to bring suit against a federal official in his individual capacity. As this Court is aware, the United States Attorney may not undertake the representation of a federal employee in his individual capacity without the approval of the Department of Justice.

2. To date, the representation request of the named individual Defendant is still being processed within the involved federal agency and has not yet been approved by the United States Department of Justice.

3. Also hindering the Defendant's ability to reply is the agency has yet to complete a litigation report in this matter. The nature of Plaintiff's allegations has required the agency to perform a complete audit of the plaintiff's claims files. It is anticipated that all steps necessary will be completed within the next twenty (20) days and that an answer or other response can be filed within thirty (30) days..

4. In the interest of judicial economy, the undersigned requests an extension of thirty (30) days in which to answer or otherwise respond to the complaint. It is anticipated that during this time the named individual will be granted representation and that the undersigned will thus have the authority to enter an answer or other response for all Defendants at the same time.

Respectfully submitted this 18th day of September, 2006.

        LEURA G. CANARY
        United States Attorney

By:   s/R. Randolph Neeley
        Assistant United States Attorney
        Bar Number: #9083-E56R
        Attorney for Defendant
        United States Attorney's Office
        Post Office Box 197
        Montgomery, AL 36101-0197
        Telephone: (334) 223-7280
        Facsimile: (334) 223-7418
        E-mail: rand.neeley@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following non-CM/ECF participant:

>Nathan C. Bell
>1002 Williams Avenue
>Dothan, AL 36303

>                   s/R. Randolph Neeley
>            Assistant United States Attorney