IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NATHAN C. BELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    CASE NO. 1:06-CV-00644-WKW |
| | ) |
| DARRELL L. SPRAGGINS, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the defendant's Second Motion for Extension of Time to Answer or Otherwise Respond (Doc. # 4), it is ORDERED that the motion is GRANTED. Defendant shall answer or otherwise respond on or before October 18, 2006.

DONE this the 19th day of September, 2006.

    /s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE