IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NATHAN C. BELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:06-CV-00644-WKW |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This case is before the court on the defendant's Motion to Dismiss (Doc. # 7), to which the plaintiff did not respond. In his complaint, the plaintiff fails to demonstrate that he has complied with all of the administrative conditions precedent to filing a claim governed by the Federal Tort Claims Act. Therefore, this court lacks subject matter jurisdiction until the plaintiff shows that he has exhausted his administrative remedy. Furthermore, this court lacks subject matter jurisdiction over claims involving veterans benefits.

Accordingly, it is ORDERED that:

1. The Motion to Dismiss (Doc. # 7) is GRANTED; and

2. This case is DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this 18th day of April, 2007.

                                                                    /s/ W. Keith Watkins
                                                  UNITED STATES DISTRICT JUDGE